No. 04–1350. KSR INTERNATIONAL CO. *v.* TELEFLEX, INC., ET AL. C. A. Fed. Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 04–7693. DIXON *v.* CITY OF MINNEAPOLIS WATER DEPARTMENT ET AL. C. A. 8th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [543 U. S. 1138] denied.

No. 04–9185. COOMBS *v.* PENNSYLVANIA. Super. Ct. Pa. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [544 U. S. 1047] denied.

No. 04–9351. MCBROOM *v.* TECHNEGLAS, INC., ET AL. Ct. App. Ohio, Franklin County. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [544 U. S. 1059] denied.

No. 04–9612. JONES *v.* BIRKETT, WARDEN (two judgments). C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [545 U. S. 1112] denied.

No. 04–10387. OKPALA *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [545 U. S. 1137] denied.

No. 04–10525. MARCONE *v.* OFFICE OF DISCIPLINARY COUNSEL OF THE SUPREME COURT OF PENNSYLVANIA. Sup. Ct. Pa.;
No. 04–10724. KISSI *v.* PRAMCO II, LLC. C. A. 4th Cir.;
No. 05–5135. STUDER *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir.; and
No. 05–5410. GUTNAYER *v.* CENDANT CORP. ET AL. C. A. 7th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 24, 2005, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.